UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL         JS-6

| Case No. | **CV 23-10789-TJH(SPx)** | Date | APRIL 18, 2024 |
|---|---|---|---|

| Title | Strike 3 Holdings, LLC v. John Doe subscriber assigned IP address 172.222.168.213 |
|---|---|

| Present: The Honorable | CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE |
|---|---|

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**      In Court      **X**   **In Chambers**      **X**   **Counsel Notified**

Case is ordered closed pursuant to the Notice of voluntary dismissal filed on April 18, 2024 [14]. Please ENTER JS-6.

IT IS SO ORDERED.

cc: all parties